Joseph Hexter, Respondent, v. McClure Newspaper Syndicate, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Huntington Tumbler Company, Respondent, v. Herman Cohen and Isaac Cohen, Appellants.— Appeal from judgment of the Municipal Court dismissed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Proceedings of Richard J. Evans, as Administrator, etc., of Anna Evans, Deceased, Appellant; John M. Donovan, Respondent.—We think that under the circumstances of this case the decree of the Surrogate's Court of Kings county should be modified by striking out the provision for ninety-five dollars and sixty-five cents costs against the appellant, and as so modified affirmed, without costs of this appeal. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Loretta Kelly, an Infant, by Joseph Kelly, Her Guardian ad Litem, Respondent, v. Brooklyn Borough Gas Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, unless within twenty days the plaintiff stipulate to reduce the recovery of damages to the sum of $300, in which case the judgment as thus reduced is unanimously affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

John Leighton, Respondent, v. George W. Dunn, Appellant, and American Nickel Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Charles S. Mackenzie, Respondent, v. Security Warehousing Company, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Oswin J. Mills, Appellant, v. Philip D. Meagher, Justice of the Fourth District Municipal Court, City of New York, Borough of Brooklyn, and Edward Greenfield, Plaintiff in Said Court, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Frederick A. Schiller, Respondent, v. Max Carnot, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Shendel Spiegler, Appellant, v. Jacob Wax, Respondent.— Order of the Municipal Court affirmed, with costs, as there was neither oral argument nor brief presented by the appellant. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Westchester Trust Company, Respondent, v. Paul Kohn, Appellant.— Judgment in so far as appealed from affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.